IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN  7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01739-BNB

DOMINIC GROLL,

     Plaintiff,

v.

BOBBY JOHNSON, and
JOE ORTIZ,

     Defendants.

---

## ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth

Circuit filed on May 24, 2007, this civil action is reinstated in keeping with **Jones v.**

**Bock**, 127 S. Ct. 910 (Jan. 22, 2007).  Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the

United States Court of Appeals for the Tenth Circuit filed on May 24, 2007.

DATED at Denver, Colorado, this 6 day of _____June_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. 06-cv-01739-BNB

Dominic Groll
Prisoner No. 60067
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211


      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   6-7-07


GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk